# CERTIFICATE OF SERVICE

I certify that I served a copy of COMPLAINT and SUMMONS on the below entities on August 1, 2014 by mailing it to:

    Army & Air Force Exchange Service
    PO Box 650038
    Dallas, TX 95265-0038

    Army & Air Force Exchange Service
    c/o Bass & Associates, P.C.
    3936 E. Ft. Lowell, Ste. 200
    Tucson, AZ 85712

    Army & Air Force Exchange Service
    3911 S. Walton Walker Blvd.
    Dallas, TX 95236

Dated this <u>1st</u> day of <u>August</u>, 2014.

                                                    /s/ Nicole Morrow
                                                    Nicole Morrow, Law Clerk

**CERTIFICATE OF SERVICE** - Page 1

                                                    **OlsenDaines, PC**
                                                    POB 12829
                                                    Salem, OR 97309-0829
                                                    Telephone (503)274-4252
                                                    Facsimile (503) 362-1375

Case 14-04187-BDL    Doc 3    Filed 08/08/14    Ent. 08/08/14 12:39:44    Pg. 1 of 2

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Army + Air Force Exchange Service
C/O Bass + Associates, PC
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ 85712

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  *B King*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): B. KING
C. Date of Delivery: 8/4/14

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0000 9521 6580

PS Form 3811, July 2013  Domestic Return Receipt