

**Attorneys**
Eric W. Olsen[5]
Dwayne R. Murray[1]
Lars H. Olsen[1]
Rex K. Daines[4]
Kevin D. Swartz[4]
D. Neal Peton[1]
Matthew A. Casper[1]
Michael R. Fuller[1]
Michael Sperry[2]
Kris R. Sperry[3]
David T. Johnson[1]

[1] Licensed in OR
[2] Licensed in WA
[3] Licensed in ID
[4] Licensed in OR & WA
[5] Licensed in OR, WA, UT, ID, TX & AZ

**Correspondence**
PO Box 12829
Salem, OR 97309

**Phone**
Albany 541-928-9242
Bend 541-330-5044
Boise 208-275-0045
Coos Bay 541-267-7546
Eugene 541-683-4268
Grants Pass 541-471-1043
Hillsboro 503-274-4252
Klamath Falls 541-880-0545
Longview 360-353-9011
Medford 541-770-5731
Port Orchard 360-871-0227
Portland 503-274-4252
Provo 801-437-0150
Roseburg 541-672-2016
Salem 503-362-9393
Seattle 425-373-1199
Tigard 503-274-4252
Tacoma 253-383-3386
Tri-Cities 509-783-3881
Vancouver 360-735-5998
Yakima 509-853-1192

**Fax**
503-362-1375
800-258-3518

**Email**
webinfo@olsendaines.com

**Website**
www.OlsenDaines.com

September 9, 2014

Union Station
Attn: Clerk for the Honorable Judge Lynch
1717 Pacific Avenue, Suite 2100
Tacoma, WA 98402-3233

Re:                 Charles and Colene Coppock
Bankruptcy Case No.:     14-41437-BDL7
Adversary Case No.:      14-04187-BDL

Dear Clerk for the Honorable Judge Lynch,

      My office represents Mr. and Mrs. Coppock in the pending adversary matter with Army & Air Force Exchange Service.

      This letter is to request a re-issuance of the summons issued 7/28/2014 If anything more is required to complete this request please do not hesitate to contact my office.

Thank you for your consideration.

Sincerely,

Kevin D. Swartz
Attorney
OlsenDaines, PC

"You have questions, we have answers. We can help!"     Page 1 of 1

Case 14-04187-BDL    Doc 4    Filed 09/09/14    Ent. 09/09/14 16:14:17    Pg. 1 of 1